**McGLINCHEY STAFFORD**
Adam Hamburg (SBN 247127)
Brian A. Paino (SBN 251243)
Dhruv M. Sharma (SBN 279545)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:  (949) 271-4040
Email:        ahamburg@mcglinchey.com
                  bpaino@mcglinchey.com
                  dsharma@mcglinchey.com

Attorneys for *Defendant* **OCWEN LOAN SERVICING, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WALSH, SHAUNA WALSH,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, INDYMAC BANK, F.S.B. and DOES 1 THROUGH 35 INCLUSIVE,<br><br>Defendants. | Case No.:  5:17-cv-00201-CJC-DTBx<br><br>Hon. Cormac J. Carney<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[*Filed concurrently with Notice of Motion and Motion for Judgment on the Pleadings, and [Proposed] Order*]<br><br>**Hearing:**<br>**Date:**     May 22, 2017<br>**Time:**     1:30 p.m.<br>**Ctrm :**    9B<br><br>State Court Case No. MCC1601077<br>Action Filed:  November 18, 2016<br>Trial Date:     NA |

Pursuant to Rule 201(b) and Rule 201(d) of the Federal Rules of Evidence, *defendant* Ocwen Loan Servicing, LLC, by and through its counsel of record, respectfully requests that the Court take judicial notice of the records more particularly described below:

886216.1

- Exhibit 1: Deed of Trust, recorded in the Official Records of the Riverside County Clerk and Recorder on June 16, 2005, as document number 2005-0477829.
- Exhibit 2: Corporate Assignment of Deed of Trust, recorded in the Official Records of the Riverside County Clerk and Recorder on September 13, 2016, as document number 2016-0396770.
- Exhibit 3: Summary of Recorded Documents from the Official Records of the Riverside County Clerk and Recorder for the real property located at 35958 Bordeaux Place, Winchester, CA 92596 from January 1, 2013 through March 28, 2017.
- Exhibit 4: Substitution of Trustee, recorded in the Official Records of the Riverside County Clerk and Recorder on January 11, 2017, as document number 2017-0012457.
- Exhibit 5: Complaint filed in Riverside County Superior Court on November 18, 2016 in Case No. MCC1601077.
- Exhibit 6: Defendant Ocwen Loan Servicing, LLC's Answer to Plaintiffs' Complaint filed in Riverside County Superior Court on February 2, 2017 in Case No. MCC1601077.
- Exhibit 7: List of mortgage servicers that have foreclosed on more than 175 residential real properties located in California during the applicable reporting period, as published by the California Department of Business Oversight, available at: http://www.dbo.ca.gov/Laws_&_Regs/legislation/ca_foreclosure_reduction_act.asp

Federal Rule of Evidence 201 permits the Court to take judicial notice of adjudicative facts, which are "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.

1 | 201(b). Notably, the Court may take judicial notice of facts that are a matter of public record. See *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *Mack v. South Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (overruled in part on other grounds by *Astoria Federal Sav. and Loan Ass'n v. Solimino*, 501 U.S. 104 (1991); *W. Fed. Sav. & Loan Ass'n v. Heflin Corp.*, 797 F.Supp. 790, 792 (N.D.Cal. 1992) (taking judicial notice of documents in a county's public record, including deeds of trust). Further, the Court may take judicial notice of government publications and reports. See e.g. *Garcia v. Astrue*, 500 F.Supp.2d 1239, 1240 (C.D. Cal. 2007); *Transmission Agency of N. California v. Sierra Pac. Power Co.*, 287 F.3d 771, 776, fn. 3 (9th Cir.); *Asg Indus., Inc. v. United States,* 467 F. Supp. 1187, 1195 (Cust. Ct.) rev'd, 610 F.2d 770 (C.C.P.A. 1979).

The Court may take judicial notice of the documents referenced herein because they are either matters of public record or a governmental publication or report.

DATED:  April 17, 2017                         **McGLINCHEY STAFFORD**


By: */s/* Adam S. Hamburg
   ADAM HAMBURG
   BRIAN A. PAINO
Attorneys for *Defendant* **OCWEN LOAN SERVICING, LLC**

886216.1
848316.2

3                      Case No. 5:17-cv-00201-CJC-DTBx
**REQUEST FOR JUDICIAL NOTICE**

**PROOF OF SERVICE**

**STATE OF CALIGFORNIA**  )
                          )  **ss.**
**COUNTY OF ORANGE**      )

I, Marina Hegel, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On April 17, 2017, I served the document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS** as follows:

☒     **BY MAIL**: As follows:

       ☒     **FEDERAL –** I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☐     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒     **FEDERAL:** I declare that I employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on April 17, 2017, at Irvine, California.

                                               *Marina Hegel*
                                               Marina Hegel

**SERVICE LIST**
**USDC for the Central District of California, Case No. 5:17-cv-00201-CJC-DTB**
**MICHAEL WALSH, et al. v. OCWEN LOAN SERVICING, LLC**
**File # 104938.1987**

| | |
|---|---|
| Michael and Shauna Walsh<br>35958 Bordeaux Place<br>Winchester, CA  92596 | Plaintiffs, In Pro Per |

886216.1

848316.2